# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TIMOTHY NELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case number 4:07cv1158 TCM |
| ) | |
| JONATHON ROSENBOOM, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This pro se 42 U.S.C. § 1983 action is before the undersigned on the motion of plaintiff, Timothy Nelson, for appointment of counsel. [Doc. 29]

Plaintiff is a civilly committed resident of the Missouri Sexual Offender Treatment Center and alleges that he and other residents were assaulted when they attempted to assist another resident who was being forcibly medicated. His motion for joinder of the other residents who attempted to help is pending.

At this stage in the proceedings, the Court finds the factual allegations and legal issues are not complex. Plaintiff has cogently presented both. The Court concludes that the appointment of counsel would not be beneficial to the Court or to Plaintiff. See **Plummer v. Grimes**, 87 F.3d 1032, 1033 (8th Cir. 1996); **Swope v. Cameron**, 73 F.3d 850, 852 (8th Cir. 1996); **Rayes v. Johnson**, 969 F.2d 700, 703 (8th Cir. 1992).

Accordingly, for the foregoing reasons,

**IT IS HEREBY ORDERED** that Plaintiff's motion for the appointment of counsel is **DENIED**. [Doc. 29]

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of February, 2008.