UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY NELSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case number 4:07cv1158 TCM |
| ) | |
| JONATHON ROSENBOOM, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This 42 U.S.C. § 1983 action is again before the Court on various opposed motions by Plaintiffs for appointment of counsel. [Docs. 61, 62, 63, 67, 76, 80, 84] The Court has reviewed these motions, other pending motions, and the underlying allegations. Upon consideration thereof, the Court finds that the appointment of counsel will assist Plaintiffs and the Court. See **Plummer v. Grimes**, 87 F.3d 1032, 1033 (8th Cir. 1996). Counsel will be appointed for the limited purpose of responding to the two pending motions for summary judgment. [Docs. 72, 89]

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' motions for appointment of counsel are **GRANTED** insofar as counsel will be appointed to represent all Plaintiffs in responding to the two motions for summary judgment and are **DENIED** in all other respects. [Docs. 61, 62, 63, 67, 76, 80, 84]

**IT IS FURTHER ORDERED** that the motion to compel is **DENIED** without prejudice. [Doc. 60]

**IT IS FURTHER ORDERED** that the pro se motion requesting that two Plaintiffs' transfer to another facility to enjoined, the motion to stay plaintiff Tim Sumpter's sexually violent predator trial, the motion by plaintiff Michael Goddard for copies of court documents, the motion to proceed to trial, and the motion for injunctive relief to place plaintiff Timothy Nelson in a Department of Mental Health facility are each **DENIED**. [Docs. 74, 77, 86, 92, 93]

**IT IS FURTHER ORDERED** that Daniel C. Nelson, Armstrong Teasdale, LLP, One Metropolitan Square, Suite 2600, St. Louis, MO, 63102, is appointed to represent Plaintiffs for the limited purpose set forth above. Mr. Nelson is **GRANTED** an extension of sixty (60) days in which to respond to the two pending motions for summary judgment. The Clerk of Court shall provide Plaintiffs' newly-appointed counsel with a complete copy of the complaint, amended complaint, and motions for summary judgment at no cost.

**IT IS FINALLY ORDERED** that, until such time as the pending motions for summary judgment have been ruled, any further filings on behalf of Plaintiffs shall be made only by their attorney.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 24th day of September, 2008.