UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY NELSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case number 4:07cv1158 TCM |
| | ) |
| JONATHON ROSENBOOM, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiffs having dismissed with prejudice their claims against defendants Warren Robinson, Shannon Sitton, and J. Wheatly,

**IT IS HEREBY ORDERED** that the motion for summary judgment filed by defendants Warren Robinson, Shannon Sitton, and J. Wheatly is **DENIED** as moot. [Doc. 72]

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 3rd day of February, 2009.