UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY NELSON, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Case No. 4:07cv1158 TCM |
| JOHNATHAN ROSENBOOM and MARY BETH ROWE, | ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this date in the above-named cause of action and with the Memorandum and Order entered February 19, 2009, both incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendants Johnathon Rosenboom, Mary Beth Rowe, Jesse Boyer, Jason Stacy, Eric Spiker, Pam Rion, Lynn Gerstenschlager, Jason Rayem, Adam Wells, Mark Wampler, Warren Robinson, Shannon Sitton, and J. Wheatley, and against plaintiffs Timothy Nelson, Troy Lynn Spencer, Timmy L. Sumpter, and Michael Goddard.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of April, 2009.